UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  25-cr-2955-JO |
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| MAEGAN HOBBS (1); DAVID MICHAEL RICHARDS HANSEN-TAYLOR (2), | |
| Defendants. | |

On June 23, 2026, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for July 10, 2026 to October 2, 2026.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 30] and sets the Motion Hearing/Trial Setting on October 2, 2026 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Further, on April 17, 2026, Defendant Maegon Hobbs filed a pretrial motion that remains pending.  Accordingly, the Court finds that time from April 17, 2026 to October 2, 2026 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is

pending.  18 U.S.C. § 3161(h)(1)(D). This time is excluded as to the co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated:  7/1/2026                          _____

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

26-cr-2955-JO